for writ of certiorari out of time denied. JUSTICE POWELL took no part in the consideration or decision of this motion.

No. A–301.   MAINSAH v. IMMIGRATION AND NATURALIZATION SERVICE.   Application for stay of deportation, addressed to JUSTICE MARSHALL and referred to the Court, denied.

No. A–345.   IN RE ALEXANDER.   Ct. App. D. C.   Application for recall and stay of mandate, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.

No. D–506.   IN RE DISBARMENT OF DANIELS.   Disbarment entered.   [For earlier order herein, see 472 U. S. 1024.]

No. D–509.   IN RE DISBARMENT OF ALEXANDER.   It is ordered that Harry Toussaint Alexander, of Washington, D. C., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–510.   IN RE DISBARMENT OF CODY.   Disbarment entered.   [For earlier order herein, see 473 U. S. 930.]

No. D–514.   IN RE DISBARMENT OF LEBOVITZ.   Disbarment entered.   [For earlier order herein, see 473 U. S. 931.]

No. D–517.   IN RE DISBARMENT OF SABISTON.   It having been reported to the Court that William Devine Sabiston, Jr., has died, the rule to show cause, heretofore issued on September 18, 1985 [473 U. S. 931], is hereby discharged.

No. 84–1279.   DELAWARE v. VAN ARSDALL.   Sup. Ct. Del. [Certiorari granted, 473 U. S. 923.]   Motion of respondent for divided argument denied.

No. 84–2030.   BROWN-FORMAN DISTILLERS CORP. v. NEW YORK STATE LIQUOR AUTHORITY.   Ct. App. N. Y.   [Probable jurisdiction noted, ante, p. 814.]   Motion of appellant to dispense with printing the joint appendix denied.   JUSTICE BRENNAN took no part in the consideration or decision of this motion.

No. 84–6270.   GREEN ET AL. v. MANSOUR, DIRECTOR, MICHIGAN DEPARTMENT OF SOCIAL SERVICES.   C. A. 6th Cir.   [Certiorari granted, 471 U. S. 1003.]   Motion of petitioners for leave to file a supplemental brief after argument granted.